# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONN RICHARDSON, | Case No. 1:25-cv-01345-BAM (PC) |
| Plaintiff, | ORDER CONFIRMING RECEIPT OF FILING FEE |
| v. | |
| MEDINA, *et al.*, | |
| Defendants. | |

Plaintiff Donn Richardson ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 14, 2025, the Court issued an order directing Plaintiff to submit an application to proceed *in forma pauperis* or pay the filing fee within thirty days. (ECF No. 3.) On November 13, 2025, the Court received the $405.00 filing fee. (Receipt number 100006462: $405.00 Filing Fee from Donn Richardson.)

By the instant order, the Court confirms for Plaintiff that the $405.00 filing fee was received in full on November 13, 2025, and Plaintiff will be permitted to proceed in this action. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **December 1, 2025**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1