**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

DONN RICHARDSON,

Plaintiff,

v.

MEDINA, *et al.*,

Defendants.

No. 1:25-cv-01345 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A COGNIZABLE CLAIM

(Doc. 11)

Donn Richardson asserts that he suffered violations of his Eighth and Fourteenth Amendment rights while housed at Kern Valley State Prison. (*See generally* Doc. 9.) The magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim for failure to protect, deliberate indifference to conditions of confinement, or due process for his missing property. (Doc. 11 at 4-7.) The magistrate judge found that further leave to amend was not warranted and recommended the Court dismiss the action for failure to state a cognizable claim. (*Id.* at 8.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due in 14 days. (Doc. 11 at 8.) The Court advised Plaintiff that the failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).) Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636 (b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 18, 2026 (Doc. 11) are **ADOPTED** in full.
2. This action is **DISMISSED** for failure to state a cognizable claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _July 14, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE